WRIGHT, FINLAY & ZAK, LLP
Dana Jonathon Nitz, Esq.
Nevada Bar No. 000050
Natalie C. Lehman, Esq.
Nevada Bar No. 12995
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
nlehman@wrightlegal.net
*Attorneys for Seterus, Inc.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| CALVIN M. FAULEY,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>SETERUS, INC.,<br><br>　　　　　Defendants. | Case No.: 2:17-cv-02962-RFB-VCF<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR SETERUS, INC. TO FILE ITS RESPONSE TO THE COMPLAINT**<br><br>**(First Request)** |

　　　　IT IS HEREBY STIPULATED between Plaintiff Calvin M. Fauley ("Fauley" or "Plaintiff"), by and through his attorneys of record, David H. Krieger, Esq. of the law firm Haines & Krieger, LLC, and Defendant Seterus, Inc. ("Seterus"), by and through its attorneys of record, Dana Jonathon Nitz, Esq. and Natalie C. Lehman, Esq. of the law firm Wright, Finlay & Zak, LLP, in order to discuss possible resolution of the matter, the parties agree to extend the

///

///

///

///

deadline for Seterus to file its response to the Complaint, to **January 12, 2018.**

This is the parties' first request for an extension and is not intended to cause any delay or prejudice to any party.

IT IS SO STIPULATED.

DATED this 12th day of December, 2017.   DATED this 12th day of December, 2017.

**HAINES & KRIEGER, LLC**              **WRIGHT, FINLAY & ZAK, LLP**

*/s/ David H. Krieger, Esq.*           */s/ Natalie C. Lehman, Esq.*
David H. Krieger, Esq.(NV Bar 9086)    Dana Jonathon Nitz, Esq. (NV Bar 00050)
8985 S. Eastern Ave., Suite 350        Natalie C. Lehman, Esq.(NV Bar 12995)
Henderson, Nevada 89123                7785 W. Sahara Ave., Suite 200
Phone: (702) 880-5554                  Las Vegas, Nevada 89117
Fax:    (702) 385-5518                 Phone: (702) 475-7964
*Attorneys for Plaintiff, Calvin M. Fauley*   Fax:    (702) 946-1345
                                       *Attorneys for Defendant, Seterus, Inc.*

## **ORDER**

IT IS SO ORDERED.

Dated this 13th day of December, 2017.

_____
UNITED STATES MAGISTRATE JUDGE

*Respectfully submitted by:*

**WRIGHT, FINLAY & ZAK, LLP**

*/s/ Natalie C. Lehman, Esq.*
Natalie C. Lehman, Esq. (NV Bar 12995)
*Attorneys for Defendant, Seterus, Inc.*