WRIGHT, FINLAY & ZAK, LLP
Dana Jonathon Nitz, Esq.
Nevada Bar No. 000050
Natalie C. Lehman, Esq.
Nevada Bar No. 12995
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
nlehman@wrightlegal.net
*Attorneys for Seterus, Inc.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| CALVIN M. FAULEY,<br><br>Plaintiff,<br><br>vs.<br><br>SETERUS, INC.,<br><br>Defendants. | Case No.: 2:17-cv-02962-RFB-VCF<br><br>**STIPULATION AND ORDER TO EXTEND ALL DISCOVERY DEADLINES THIRTY (30) DAYS**<br><br>**(First Request to Extend Discovery Deadlines)** |

IT IS HEREBY STIPULATED between Plaintiff Calvin M. Fauley ("Fauley" or "Plaintiff"), by and through his attorneys of record, David H. Krieger, Esq. of the law firm Haines & Krieger, LLC, and Defendant Seterus, Inc. ("Seterus"), by and through its attorneys of record, Dana Jonathon Nitz, Esq. and Natalie C. Lehman, Esq. of the law firm Wright, Finlay & Zak, LLP, in order to facilitate the complete exchange of documents in discovery and in furtherance of on-going settlement negotiation, the parties request that all discovery deadlines be continued out by thirty (30) days as follows:

| Deadline | Current | Requested |
|---|---|---|
| Discovery Cut-Off | 7/11/18 | 8/13/18 |
| Initial Expert Disclosures | 5/12/18 | 6/14/18 (60 days prior to close of discovery) |
| Rebuttal Expert Disclosures | 6/11/18 | 7/16/18 (30 days after initial expert disclosure) |
| Dispositive Motions | 8/10/18 | 9/12/18 (30 days after close of discovery. |

Page 1 of 2

| Interim Status Report | 5/12/18 | 6/14/18 (60 days prior to close of discovery) |

Joint Pretrial Order        October 15, 2018

No request is being made to the deadline to amend pleadings or add parties.

This request is in compliance with LR 26-4 in that it is being made within 21 days prior to the discovery cut-off deadline. This is the parties' first request for an extension of discovery deadlines and is not intended to cause any delay or prejudice to any party.

IT IS SO STIPULATED.

DATED this 11th day of May, 2018.        DATED this 11th day of May, 2018.

**HAINES & KRIEGER, LLC**        **WRIGHT, FINLAY & ZAK, LLP**

*/s/David H. Krieger*        */s/ Natalie C. Lehman, Esq.*
David H. Krieger, Esq.(NV Bar 9086)    Dana Jonathon Nitz, Esq. (NV Bar 00050)
8985 S. Eastern Ave., Suite 350       Natalie C. Lehman, Esq.(NV Bar 12995)
Henderson, Nevada 89123          7785 W. Sahara Ave., Suite 200
Phone: (702) 880-5554            Las Vegas, Nevada 89117
Fax:   (702) 385-5518             Phone: (702) 475-7964
*Attorneys for Plaintiff, Calvin M. Fauley*   Fax:   (702) 946-1345
                                            *Attorneys for Defendant, Seterus, Inc.*

**ORDER**

IT IS SO ORDERED.

Dated this 11th day of May, 2018.

If dispositive motions are filed, the deadline for filing the joint pretrial order will be suspended until 30 days after decision on the dispositive motions or further court order.

_____
UNITED STATES MAGISTRATE JUDGE

*Respectfully submitted by:*

**WRIGHT, FINLAY & ZAK, LLP**

*/s/ Natalie C. Lehman, Esq.*
Natalie C. Lehman, Esq. (NV Bar 12995)
*Attorneys for Defendant, Seterus, Inc.*