David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: dkrieger@hainesandkrieger.com
*Attorney for Plaintiff, CALVIN M. FAULEY*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| CALVIN M. FAULEY, <br><br> Plaintiff, <br><br> v. <br><br> SETERUS, INC., <br><br> Defendants. | Case No. 2:17-cv-02962-RFB-VCF <br><br> **STIPULATION AND ORDER DISMISSING ACTION WITH PREJUDICE AS TO <u>SETERUS ONLY</u>** |

Plaintiff CALVIN M. FAULEY and Defendant SETERUS, INC. hereby stipulate and agree that the above-entitled action shall be dismissed with prejudice

…

…

…

…

…

…

…

…

in accordance with Fed. R. Civ. P. 41 (a)(2) as to, and **ONLY as to, SETERUS, INC**. Each party shall bear its own attorney's fees, and costs of suit.

Dated: September 6, 2018

| | |
|---|---|
| By:<br><br>/s/David H. Krieger, Esq.<br>David H. Krieger, Esq.<br>Nevada Bar No. 9086<br>HAINES & KRIEGER, LLC<br>8985 S. Eastern Avenue<br>Suite 350<br>Henderson, Nevada 89123<br>*Attorney for Plaintiff* | By:<br><br>/s/Eric Tsai, Esq.<br>Eric Tsai, Esq.<br>Nevada Bar No. 12882<br>MAURICE WUTSCHER LLP<br>71 Stevenson<br>Suite 400<br>San Francisco, California 94105<br>*Attorney for Defendant Seterus, Inc* |

**ORDER**

IT IS SO ORDERED

_____
RICHARD F. BOULWARE, II
United States District Court

DATED: September 9, 2018.